OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0002003152
MAILED FROM ZIP CODE 78701

**$ 00.26⁵**
FEB 09 2015

2/4/2015

**GATES, THEODORE Jr.    Tr. Ct. No. 1153512-A                    WR-37,830-1**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

THEODORE GATES JR.
████████ - TDC #556329   O S⁻ᵁ ᵀᶠ

RTS